UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAIKUNTHA SHARMA et al.,

    Plaintiff (s),

  v.

SUPRABHAT PANDEY et al.,

    Defendant(s).
_____/

CIVIL ACTION NO. 07-13508

HON. PAUL D. BORMAN

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

    This court, having stayed the proceedings pending resolution of Defendants' suit in the United States District Court for the Southern District of Ohio, and there appearing to be no further reason at this time to maintain the file as an open case;

    IT IS ORDERED that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon the filing of a motion and the Court will order that the matter be reopened for statistical purposes.

    SO ORDERED.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: December 27, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 27, 2007.

                                              s/Denise Goodine
                                              Case Manager